FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 2 4 2012

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12CR 39 |
| | § | Judge Schell |
| JACOB TOLBERT | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

> **Violation:** 18  U.S.C. § 2252(a)(1) and (b)(1) (Certain Activities Relating to Material Involving the Sexual Exploitation of Minors)

On or about July 20, 2010, in the Eastern District of Texas, **Jacob Tolbert**, defendant, did knowingly transport, in interstate and foreign commerce by any means, including by computer, and in and affecting interstate and foreign commerce, visual depictions, and the production of such visual depictions involved the use of a minors engaging in sexually explicit conduct and the visual depictions are of such conduct. Specifically, **Tolbert**, using a peer-to-peer software program and the internet, transported the following visual depictions:

Indictment - Page 1

| FILE NAME | DESCRIPTION |
|---|---|
| P1010014.jpg | This image depicts a prepubescent male engaged in anal sex with an adult male. |
| P1010047.jpg | This image depicts an adult male insert his penis inside a prepubescent male's anus while touching another naked prepubescent male on the buttocks. |
| 05-xpo35.jpg | This image depicts an adult male inserting a portion of his hand inside the anus of a prepubescent male. |
| P1010080.jpg | This image depicts a prepubescent male, touching his own penis, while performing oral sex on an adult male. |

In violation of 18 U.S.C. §§ 2252(a)(1) and (b)(1).

### Notice of Intent to Seek Criminal Forfeiture

As the result of committing the offenses alleged in this Information, **Jacob Tolbert**, defendant, shall forfeit to the United States his interest in the following property, including, but not limited to:

1. Lacie USB external hard drive  (Serial #301340U191988216D);

2. Dell computer (Serial #F6QSM51);

3. Fujitsu hard drive (Serial #NT25T592HMJ2);

4. Asus RAID box;

5. Seagate 80 GB hard drive (Serial #5JVH785J);

6. Maxtor 160 GB hard drive (Serial #Y41Y6DAE);

7. Maxtor 160 GB hard drive (Serial #Y41Y6D6E);

**Indictment - Page 2**

8. Maxtor 160 GB hard drive (Serial #Y41289LE);

9. Maxtor 160 GB hard drive (Serial #Y426VV0E); and

10. Nine DVDs.

This property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon the property being:

(1) any visual depiction described in section . . . 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; or

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

By virtue of the commission of the offenses alleged in this Information, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

_____s_____
MANDY GRIFFITH
Assistant United States Attorney

Indictment - Page 3

Texas Bar No. 24032251
101 E. Park Blvd., Ste. 500
Plano, TX   75074
Office:  972.509.1201
Fax:  972.509.1209
mandy.griffith@usdoj.gov

Indictment - Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA      §
     §
v.      §      NO. 4:12CR_____
     §      Judge _____
JACOB TOLBERT      §

## NOTICE OF PENALTY

### Count One

**Violation:**      18 U.S.C. §§ 2252(a)(1) and (b)(1)
Certain Activities Relating to Material Involving the Sexual
Exploitation of Minors

**Penalty:**      Imprisonment for not less than five (5) years and not more
than twenty (20); but if the defendant has a prior conviction
under this chapter, section 1591, chapter 71, chapter 109A,
chapter 117, or under section 920 of title 10 (article 120 of the
Uniform Code of Military Justice), or under the laws of any
State relating to aggravated sexual abuse, sexual abuse, or
abusive sexual conduct involving a minor or ward, or the
production, possession, receipt, mailing, sale, distribution,
shipment, or transportation of child pornography or sex
trafficking of children, such person shall be imprisoned for
not less than fifteen (15) years and not more than forty (40); a
fine of not more than $250,000; and  a term of supervised
release of not less than five years to life.

**Special Assessment:**$100.00